UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GERARDO GARCIA, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class*,

                        Plaintiff

    v.

RJ NY RESTORATIONS INC.,
NORTH SHORE CONTRACTOR SERVICES CORP., and
SURJIT SINGH,

                        Defendants.

---

Case No: 1:25-cv-05336

**[PROPOSED]**
**DEFAULT JUDGMENT**

This action having been commenced on June 26, 2025, by the filing of the Summons and Complaint. The Defendants, RJ NY RESTORATIONS INC., NORTH SHORE CONTRACTOR SERVICES CORP., and SURJIT SINGH, having failed to respond to the Complaint, it is:

**ORDERED, ADJUDGED AND DECREED:**

1. That Plaintiff GERARDO GARCIA, has judgment against Defendants RJ NY RESTORATIONS INC., NORTH SHORE CONTRACTOR SERVICES CORP., and SURJIT SINGH, jointly and severally, for actual and liquidated damages as follows:

| | |
|---|---:|
| Unpaid Wages due to Nonpayment of Wages | $10,788.57 |
| Unpaid Overtime Wages due to Time-shaving | $1,147.50 |
| Liquidated Damages for Unpaid Wages and Overtime | $11,936.07 |
| Liquidated Damages for Late Wage Payments | $5,600.00 |
| Statutory Penalties due to WTPA Violations | $10,000.00 |
| **TOTAL DAMAGES** | **$39,472.14** |

Dated: _____      _____
       New York, New York           Analisa Torres
                                                United States District Judge

                                                This document was entered on the docket on:

                                                _____