```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/22/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
GERARDO GARCIA, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                Plaintiff,

-against-

RJ NY RESTORATIONS INC., NORTH SHORE CONTRACTOR SERVICES CORP., and SURJIT SINGH,

                Defendants.

25 Civ. 5336 (AT)

**ORDER TO SHOW CAUSE**

ANALISA TORRES, District Judge:

    On September 11, 2025, Plaintiff acquired a certificate a default against Defendants from the Clerk of Court. ECF No. 23. On October 20, 2025, Plaintiff filed a proposed order to show cause, ECF No. 28, a supporting affirmation and declaration and attached exhibits, ECF Nos. 29–30, a memorandum of law in support of his proposed order, ECF No. 31, and a proposed default judgment, ECF No. 32. Accordingly:

1. By **October 29, 2025**, Plaintiff shall serve on Defendants copies of this Order to Show Cause; the affirmation of C.K. Lee and attached exhibits, ECF No. 29; the declaration of Gerardo Garcia, ECF No. 30; Plaintiff's memorandum of law in support of his proposed order to show cause, ECF No. 31; and Plaintiff's proposed default judgment, ECF No. 32.
2. By **November 5, 2025**, Plaintiff shall file proof of service on the docket.
3. By **November 26, 2025**, Defendants shall respond to Plaintiff's motion.
4. By **December 3, 2025**, Plaintiff shall submit his reply, if any.
5. On **December 15, 2025**, at **11:00 a.m.**, Defendants shall appear at a telephonic conference to show cause why the Court should not enter a default judgment against it pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff shall also appear. The parties are directed to dial +1(646) 453-4442 and enter access code 540 425 918#.

    SO ORDERED.

Dated: October 22, 2025
        New York, New York

                                         ANALISA TORRES
                                     United States District Judge