UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GERARDO GARCIA,

                          Plaintiff,

            -against-

RJ NY RESTORATIONS INC., NORTH SHORE
CONTRACTOR SERVICES CORP., and SURJIT
SINGH,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/21/2026_

25 Civ. 5336 (AT)

**ORDER**

ANALISA TORRES, District Judge:

For the reasons stated on the record at the April 20, 2026 default hearing, Plaintiff's motion for default judgment is GRANTED IN PART and the Clerk of Court is respectfully directed to enter judgment against Defendants, RJ NY Restorations Inc., North Shore Contractor Services Corp., and Surjit Singh, on the following claims:

1. Plaintiff's claim of unpaid overtime compensation in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL");
2. Plaintiff's claim of unpaid wages in violation of the NYLL; and
3. Plaintiff's claim that he did not receive wage notices and statements in violation of the Wage Theft Protection Act ("WTPA"), NYLL § 195.

Plaintiff's motion for default judgment is DENIED to the extent Plaintiff seeks a default judgment for an alleged violation of the FLSA minimum wage provision. The Court's default judgment ruling applies only to Plaintiff and not to any putative class members. *See* Lee Aff. ¶ 23, ECF No. 29.

The Court determines that an inquest into Plaintiff's request for damages and attorney's fees is required and shall order one accordingly. The Clerk of Court is respectfully directed to remove "on behalf of himself, FSLA Collective Plaintiffs, and the Class" from the case caption.

SO ORDERED.

Dated: April 21, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge