**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GERARDO GARCIA,

                          Plaintiff,

                    -against-

RJ NY RESTORATIONS INC., NORTH SHORE
CONTRACTOR SERVICES CORP., and SURJIT
SINGH,

                        Defendants.
-------------------------------------------------------------------X

25 **CIVIL** 5336 (AT)

## DEFAULT JUDGMENT

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated April 21, 2026, 2026, Plaintiff's motion for default judgment is GRANTED IN PART. Accordingly, judgment is entered against Defendants, RJ NY Restorations Inc., North Shore Contractor Services Corp., and Surjit Singh, on the following claims: 1. Plaintiff's claim of unpaid overtime compensation in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., and the New York Labor Law ("NYLL"); 2. Plaintiff's claim of unpaid wages in violation of the NYLL; and 3. Plaintiff's claim that he did not receive wage notices and statements in violation of the Wage Theft Protection Act ("WTPA"), NYLL § 195.

Plaintiff's motion for default judgment is DENIED to the extent Plaintiff seeks a default judgment for an alleged violation of the FLSA minimum wage provision. The Court's default judgment ruling applies only to Plaintiff and not to any putative class members.

**DATED**: New York, New York
        April 23, 2026

                                    **TAMMI M. HELLWIG**
                                  _____
                                    **Clerk of Court**

                        BY:  _____
                                      **Deputy Clerk**