**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GERARDO GARCIA, *on behalf of himself, FLSA*
*Collective Plaintiffs, and the Class,*

|  |  |
|---|---|
| Plaintiff, | **ORDER** |
| -against- | **25-CV-5336 (AT) (JW)** |

RJ NY Restorations Inc., et al,

                                   Defendant.
------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Honorable Judge Torres referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendants RJ NY Restorations Inc., North Shore Contractor Services Corp., and Surjit Singh.  Dkt. No. 41.

Accordingly, IT IS HEREBY ORDERED that, on or before **June 1, 2026,** the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages.  The Plaintiff must serve these documents on Defendant, and file proof of such service with the Clerk of Court.

IT IS FURTHER ORDERED that, on or before **June 15, 2026**, the Defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

The Plaintiff shall serve the defendant with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:    April 23, 2026
         New York, New York

JENNIFER E. WILLIS
United States Magistrate Judge